OPINION — AG — 26 O.S.H. 233, THE AG CONCURRS WITH YOUR CONCLUSIONS REACHED BY YOU AND HENCE IS OF THE OPINION THAT THE NAME OF GILES C. PETERSON SHOULD APPEAR ON THE GENERAL ELECTION BALLOT IN ROGER MILLS COUNTY AS THE DEMOCRATIC NOMINEE FOR THE OFFICE OF COUNTY JUDGE. (JUDGE DIED, CANDIDATE, WITHOUT OPPOSITION, BOARD OF COUNTY COMMISSIONERS APPOINTED PETERSON TO FILL UNEXPIRED TERM, ELECTION BOARD, SUBSTITUTING THE JUDGE CRANE WITH PETERSON) CITE: 26 O.S. 233 [26-233] (FRED HANSEN)